## UNITED STATES DISTRIT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Shafia M. Jones, | Case No. 19-cv-3057 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Joshua Fahey, Sgt. Virginia Jones, and Christine Zuraff, *in their individual and official capacities*, | |
| Defendants. | |

This matter is before the Court on pro se Plaintiff Shafia M. Jones's "Motion to Stay Pleadings Pending Plaintiff's Release from Taycheedah Correctional," ECF No. 54. Although titled as a motion to stay, Plaintiff seeks an extension of the May 15, 2020 deadline to respond to motions to dismiss filed by Defendant Christine Zuraff ("Zuraff"), ECF No. 26, and Defendants Joshua Fahey and Sgt. Virginia Jones ("Dakota County Defendants"), ECF No. 38. *See* ECF No. 51.

Plaintiff states, among other things, that she is currently being housed "in [the] Rhu [sic]," where she does not have "access to partially typed replies to . . . [the] motions to dismiss" and has limited access to the law library. ECF No. 54 at 1, 3. Plaintiff is also presently having "to write with a crayon." ECF No. 54 at 3. Plaintiff states that she is being released from the Taycheedah Correctional Institution on May 20, 2020.[1] Plaintiff requests that the Court extend the time for her to respond to the motions to dismiss to June

---

[1] Plaintiff is reminded that it is her responsibility to keep her address information on file with the Court up to date.

1

1, 2020, and for Defendants to file their respective replies to June 17, 2020. The Dakota County Defendants take no position on the requested extension. ECF No. 55. Zuraff did not respond to the motion.

The Court notes that this is Plaintiff's second request for an extension of time. *See* ECF Nos. 47, 51. Nevertheless, for good cause shown, the Court will grant Plaintiff's motion in part and extend the deadlines. **Plaintiff is cautioned that no further extension requests will be granted.** To the extent Plaintiff seeks to stay this matter, her motion is denied.

**THEREFORE**, **IT IS HEREBY ORDERED** that:

1. Plaintiff's "Motion to Stay Pleadings Pending Plaintiff's Release from Taycheedah Correctional," ECF No. 54, is **GRANTED IN PART** and **DENIED IN PART**.

2. Plaintiff's responses to *both* Zuraff's motion *and* the Dakota County Defendants' motion are now due on or before **June 1, 2020**.[2]

3. Zuraff's reply is due on or before **June 17, 2020**.

4. The Dakota County Defendants' reply is due on or before **June 17, 2020**.

5. The motions will then be deemed submitted and the Court will issue its report and recommendation based on the papers, without a hearing.

Date: May___20___, 2020                               *s/ Tony N. Leung*
                                                      Tony N. Leung
                                                      United States Magistrate Judge
                                                      District of Minnesota

                                                      *Jones v. Fahey et al.*
                                                      Case No. 19-cv-3057 (JRT/TNL)

---

[2] As previously stated, Plaintiff may either proceed with her April 1 opposition or file another response that is complete in its entirety with respect to Zuraff's motion. ECF No. 51 at 2 n.1; *see* ECF No. 48.